# UNITED STATES DISTRICT COURT
for the
District of New Mexico

UNITED STATES OF AMERICA,

v.

JOERAY JAMES NEWSON,

Case No. 19-CR-2879 JCH

*Defendant.*

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, <u>JOERAY JAMES NEWSON</u>, Defendant, understand that I am scheduled for a <u>sentencing</u> hearing on <u>10/26/2021</u>.

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 8-18-21

_____
*Defendant's signature*

Date: 8/23/2021

_____
*Signature of defendant's attorney*

Aric G. Elsenheimer
*Printed name of defendant's attorney*

aric_elsenheimer@fd.org
*Defendant's attorney's e-mail address*