IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                                             Cr. No. 19-2879 JCH

**JOERAY JAMES NEWSON,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

This case is before the Court *sua sponte* regarding Defendant's *Notice of Pro Se Filings* [Doc. 64] and the attachments thereto. The Notice, which was filed by Defendant's attorney, states that counsel received the attachments "from Latasha Woolridge on Mr. Newson's behalf with requests for their immediate submission" and that they are "proposed *pro se* filings." The attachments consist of unsigned motions, an unsigned legal memorandum, and an exhibit index.

The Tenth Circuit has held that "because there is no constitutional right to 'a hybrid form of representation,' when defendants have the assistance of counsel, courts need not consider any filings made *pro se*." *United States v. Sandoval-De Lao*, 283 Fed. Appx 621, 625 (10th Cir. 2008) (unpublished) (citing *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995) and *United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976)). *See also United States v. Castellon*, 218 Fed. Appx. 775, 780 (10th Cir. 2007) (unpublished) ("[W]here a defendant is represented by counsel, we do not accept pro se filings or allegations."); *id*. at 780 n. 4; *United States v. Pearl*, 324 F.3d 1210, 1216 (10th Cir. 2003) (noting that because defendant "is represented by counsel, we deny his motion to file an additional pro se supplemental brief").

Here, Defendant is represented by counsel, and the Court declines to consider the proposed pro se motions. Accordingly, the Notice and its attachments [Doc. 64] should be stricken from the record.

**IT IS THEREFORE ORDERED** that Defendant's *Notice of Pro Se Filings* [Doc. 64] and the attachments thereto are **STRICKEN** from the record in this case.

_____
**UNITED STATES DISTRICT JUDGE**